IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONEL ANDAYA, | § § § | |
| Petitioner, | § § | |
| versus | § § | CIVIL ACTION NO. H-08-739 |
| UNITED STATES OF AMERICA, | § § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order denying Petitioner Leonel Andaya's Motion to Vacate, Set Aside, or Correct Sentence (**Instrument No. 1**), signed on November 6, 2008, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** this the 7th day of November, 2008, at Houston, Texas.

VANESSA D. GILMORE
**UNITED STATES DISTRICT JUDGE**